# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS LEE RODGERS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STATE OF OHIO, et al.,<br><br>　　　　Defendants. | 1:13-cv-01802-GSA-PC<br><br>ORDER DENYING MOTION AS MOOT, FOR COURT ORDER DIRECTING WARDEN TO PROVIDE PLAINTIFF WITH TRUST ACCOUNT STATEMENT<br>(Doc. 2.) |

Otis Lee Rodgers ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff lodged the Complaint commencing this action on September 6, 2013 at the United States District Court for the Central District of California. (Doc. 1.) On October 29, 2013, Plaintiff filed the First Amended Complaint. (Doc. 6.) On November 5, 2013, the case was transferred to the Eastern District of California. (Doc. 4.) Plaintiff has consented to Magistrate Judge jurisdiction in this action, and no other parties have made an appearance. (Doc. 9.)

On October 28, 2013, Plaintiff filed a motion for a court order directing the Warden of the California Substance Abuse Treatment Facility in Corcoran, California, to provide Plaintiff with a certified copy of his prison trust account, to be sent to the court. (Doc. 2.)

Plaintiff's motion is moot, in light of the fact that the court received a certified copy of Plaintiff's prison trust account statement on October 29, 2013. (Doc. 3.) Therefore, Plaintiff's motion shall be denied.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion filed on October 28, 2013 is DENIED as moot.

IT IS SO ORDERED.

Dated: **February 6, 2014**          **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE