UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS LEE RODGERS,<br><br>           Plaintiff,<br><br>    vs.<br><br>STATE OF OHIO, et al.,<br><br>           Defendants. | 1:13-cv-01802-GSA-PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO TRANSFER CASE<br>(Doc. 23.)<br><br>ORDER TRANSFERRING CASE TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO |

**I.      BACKGROUND**

Otis Lee Rodgers ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff lodged the Complaint commencing this action on September 6, 2013 at the U. S. District Court for the Central District of California.  (Doc. 1.)  On October 29, 2013, Plaintiff filed the First Amended Complaint. (Doc. 6.)  On November 5, 2013, the case was transferred to the U.S. District Court for the Eastern District of California.  (Doc. 4.)  Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. 636(c), in this action, and no other parties have made an appearance.  (Doc. 9.)  Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all

proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

On May 5, 2014, Plaintiff filed a motion to transfer this case to the Ohio federal courts for resolution. (Doc. 23.) Plaintiff's motion is now before the court.

## II.     MOTION TO TRANSFER CASE

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

### *Discussion*

Plaintiff's claims in the First Amended Complaint stem from the issuance of an Ohio State Warrant signed by Sara Andrews, Chief of the Adult Parole Authority, placing a parole violator's hold against Plaintiff, with intent to extradite Plaintiff to Ohio upon his release from California. Plaintiff is presently in the custody of the California Department of Corrections and Rehabilitation, incarcerated at the California Substance Abuse Treatment Facility and State Prison (SATF) in Corcoran, California.

Plaintiff names as defendants Sara Andrews and Stu Sherman, Acting Warden of SATF. Plaintiff challenges the Warrant on the ground that he was never on parole in Ohio. Plaintiff seeks to hold defendant Stu Sherman liable for intending to enforce the Warrant.

The Warrant in question was issued in Columbus, Ohio, by the Adult Parole Authority, Division of Parole and Community Services, Ohio Department of Rehabilitation and Correction. One of the defendants is found in this district, and the other defendant is found in the U.S. District Court, Southern District of Ohio. Based on Plaintiff's allegations, it is clear

that the center of gravity of this case is in the Southern District of Ohio, and that any relationship with this division is minimal. For that reason, this case should have been brought in the Southern District of Ohio. Pursuant to Local Rule 120, a civil action which has not been commenced in the proper court may, on the motion of any party, be transferred to the proper court. Therefore, Plaintiff's motion for transfer shall be granted.

## III. CONCLUSION

Based on the foregoing and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for transfer, filed on May 5, 2014, is GRANTED;
2. All pending motions are DENIED as moot; and
3. This action is TRANSFERRED to the United States District Court for the Southern District of Ohio.

IT IS SO ORDERED.

Dated:   **May 8, 2014**               **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE